IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAMDEN PROPERTY TRUST
agent of
Camden Paces Apts.,

    Plaintiff,

      v.

CIVIL ACTION FILE
NO. 1:17-CV-1932-TWT

JOSEPH WILLIAMS
AND ALL OTHER OCCUPANTS,

    Defendant.

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Fulton County. The Defendant's Objection that the Report and Recommendation is unconstitutional is without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fulton County.

SO ORDERED, this 22 day of June, 2017.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge